**WRITTEN CONSENT OF THE DIRECTOR OF MANAAIR LLC**

The undersigned, being Directors and Representatives of the owners ("Authorized Person") of ManaAir LLC (the "Company") adopt the following resolutions:

**WHEREAS**, the Authorized Person has reviewed and considered, among other things, the financial condition of the Company and has considered the strategic alternatives available to the Company;

**NOW, THEREFORE, BE IT RESOLVED**, that, with respect to the Company, the Authorized Person has determined, after consultation with advisors of the Company, that it is in the best interests of the Company and all interested parties that a voluntary petition (the "Petition") be filed by the Company under the provisions of Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of Georgia (the "Bankruptcy Court"); and be it further

**RESOLVED**, that the Authorized Person is hereby authorized and directed, with full power of delegation, to negotiate, execute, verify, deliver, and file with the Bankruptcy Court, in the name and on behalf of the Company, and under its corporate seal or otherwise, the petition, schedules, statements, motions, lists, applications, pleadings, papers, affidavits, declarations, orders, plans, and other documents (collectively, the "Chapter 7 Filings"); and be it further

**RESOLVED**, that the Authorized Person is hereby authorized and directed, with full power of delegation to take and perform any and all further acts and deeds that such Authorized Person deems necessary, appropriate, or desirable in connection with the Company's Chapter 7 case (the "Chapter 7 Case") or the Chapter 7 Filings, including, without limitation: the payment of appropriate fees, expenses and taxes;  negotiating, executing, delivering, and filing additional documents with a view to the successful prosecution of the Chapter 7 Case; and be it further

**RESOLVED**, that the Authorized Person is hereby authorized and directed to retain Jones Walker LLP as general bankruptcy counsel on such terms as the Authorized Person shall deem necessary, appropriate or desirable and subject to any required approvals of the Bankruptcy Court; and be it further

**RESOLVED,** that, with respect to the Company, the Authorized Person is authorized and directed, with full power of delegation to take and perform any and all further acts or deeds, including, but not limited to (i) the engagement or retention of further advisors and professionals; the negotiation, delivery and filing of additional agreements, amendments, modifications, supplements, reports, documents, instruments, applications, notes or certificates not now known; and (iv) the payment of all fees, consent payments, taxes and other expenses; all of the foregoing, as any such Authorized Person may deem necessary in order to carry out the intent and accomplish the purposes of the foregoing resolutions and the transactions contemplated thereby; and be it further

**RESOLVED**, that any and all past actions heretofore taken by the Authorized Person or any other authorized person, such as Manager, Director, Member, in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, and approved in all respects.

IN WITNESS WHEREOF, the undersigned have executed this consent on the dates set forth below.

_____
Subodh Karnik
Director Representing KAir Enterprises LLC
Date: December 17, 2023

_____
Subodh Karnik
Director Representing MNBS Associates LLC
Date: December 17, 2023