Skywest Leasing, Inc.
444 S River Rd
St. George, Utah, 84790

SkyWest Inc and SkyWest Airlines Inc
444 S River Rd
St. George, Utah, 84790

United States Bankruptcy Court

Northern District of Georgia

In re: MNBS Associates LLC

Case No.

Chapter 7

Debtor(s)

## Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 12/28/2023

/s/ Subodh Karnik

Signature of Individual signing on behalf of debtor

President and CEO

Position or relationship to debtor